```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   BATESVILLE DIVISION
```

RANDY DAVIS

v.                            NO. 1:08CV00037 SWW

KEITH BOWERS, ET AL

## ORDER

Pursuant to the settlement agreement entered before U. S. Magistrate Judge J. Thomas Ray on July 28, 2009, this matter has been completed,

IT IS THEREFORE ORDERED that this action be, and it is hereby, dismissed with prejudice.

DATED this 7th day of August 2009.

/s/Susan Webber Wright
United States District Judge